1  SEAN M. SULLIVAN (State Bar No. 229104)
   seansullivan@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
4  Fax: (213) 633-6899

5  Attorneys for Defendant
   APRIA HEALTHCARE LLC (erroneously sued
6  as APRIA HEALTHCARE GROUP INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| WARREN MCFERREN,<br><br>        Plaintiff,<br><br>vs.<br><br>APRIA HEALTHCARE GROUP INC.,<br><br>        Defendant. | Case No. **8:20-cv-01848-DOC-KES**<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**<br><br>[PROPOSED ORDER LODGED CONCURRENTLY]<br><br>Complaint Served: Sept. 29, 2020<br><br>Assigned to the Hon. David O. Carter<br><br>Action Filed: Sept. 24, 2020 |

JOINT NOTICE OF SETTLEMENT & REQUEST TO STAY
4816-6868-8084v.1 0025959-000065

Pursuant to Local Rule 40-2, the Parties hereby jointly notify the court that they have reached a settlement in the above-captioned case, resolving their dispute in its entirety. The Parties anticipate being able to finalize a settlement agreement and file a stipulation of dismissal of this matter in its entirety within twenty-eight (28) days.

To avoid any further expense, and in the interests of judicial economy, the Parties hereby jointly apply to this Court to vacate all current deadlines, including the December 18, 2020, deadline for Defendant to respond to the Complaint, and stay the matter for twenty-eight (28) days from today's date, *i.e.*, up to and including January 15, 2021, to permit the parties to finalize a settlement agreement and to file a stipulation for dismissal of the matter.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 18, 2020

WAJDA LAW GROUP, APC
NICHOLAS M. WAJDA

By: /s/ Nicholas M. Wajda
Nicholas M. Wajda
Attorneys for Plaintiff
WARREN MCFERREN

DATED: December 18, 2020

DAVIS WRIGHT TREMAINE LLP
SEAN M. SULLIVAN

By: /s/ Sean M. Sullivan
Sean M. Sullivan
Attorneys for Defendant
APRIA HEALTHCARE LLC
(erroneously sued as APRIA HEALTHCARE GROUP INC.)

1
JOINT NOTICE OF SETTLEMENT & REQUEST TO STAY
4816-6868-8084v.1 0025959-000065

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899