1  **WAJDA LAW GROUP, APC**
2  Nicholas M. Wajda (State Bar No. 259178)
   6167 Bristol Parkway
3  Suite 200
4  Culver City, California 90230
   Telephone: 310-997-0471
5  Facsimile: 866-286-8433
6  E-Mail: nick@wajdalawgroup.com
   *Attorney for the Plaintiff*
7

8             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  WARREN MCFERREN, | Case No. 8:20-cv-01848-DOC-KES |
| 11         Plaintiff, | **STIPULATION OF DISMISSAL** |
| 12     v. | |
| 13  APRIA HEALTHCARE GROUP, INC., | |
| 14 | |
| 15         Defendant. | |

16
17  IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff,
18  WARREN MCFERREN and the Defendant, APRIA HEALTHCARE GROUP,
19
20  INC., through their respective counsel that the above-captioned action is dismissed,
21  with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear
22  its own costs and attorney fees.
23

24  Dated: January 14, 2021            Respectfully Submitted,

25    WARREN MCFERREN              APRIA HEALTHCARE GROUP, INC.
26    */s/ Nicholas M. Wajda*         */s/ Sean M. Sullivan (with consent)*
27    Nicholas M. Wajda              SEAN M. SULLIVAN (State Bar No. 229104)
      (State Bar No. 259178)         seansullivan@dwt.com
28

1

| | |
|---|---|
| 1 | 6167 Bristol Parkway |
| 2 | Suite 200 |
| 3 | Culver City, California 90230 |
| | Telephone: 310-997-0471 |
| 4 | Facsimile: 866-286-8433 |
| 5 | E-Mail: nick@wajdalawgroup.com |

DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899
*Attorneys for Defendant*
*APRIA HEALTHCARE LLC*
*(erroneously sued*
*as APRIA HEALTHCARE GROUP*
*INC.)*

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on January 13, 2021, he caused a copy of the foregoing, **STIPULATION OF DISMISSAL,** to be served electronically via CM/ECF system on all counsel of record

*s/ Nicholas M. Wajda*