**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN MCFERREN,<br><br>             Plaintiff,<br><br>   v.<br><br>APRIA HEALTHCARE GROUP, INC.,<br><br>             Defendant. | Case No. 8:20-cv-01848-DOC-KES<br><br>**ORDER ON STIPULATION OF DISMISSAL  [17]** |

Plaintiff, WARREN MCFERREN and Defendant, APRIA HEALTHCARE GROUP, INC., through their respective counsel, having filed their Stipulation of Dismissal with Prejudice and the Court having reviewed same, hereby ORDERED:

1. The stipulation is approved. The action is hereby dismissed with prejudice.

Dated: January 15, 2021                    _____
                                                                 UNITED STATES DISTRICT JUDGE

1

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on January 13, 2021, he caused a copy of the foregoing, **STIPULATION OF DISMISSAL,** to be served electronically via CM/ECF system on all counsel of record

*s/ Nicholas M. Wajda*